

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2018

No. 04-18-00727-CV

**IN THE INTEREST OF K.M.J., A CHILD**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02187
Honorable Martha Tanner, Judge Presiding

## O R D E R

In this accelerated appeal of the October 23, 2018 order terminating appellant Dad's parental rights, Appellant's brief was due to be filed with this court on December 10, 2018. *See* TEX. R. APP. P. 38.6(a). After the due date, Appellant filed a motion for a twenty-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant Dad's brief is due on December 31, 2018. Any further motion for extension of time to file the brief is discouraged. *See* TEX. R. JUD. ADMIN. 6.2 (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court